UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. _____ |
| | JUDGE _____ |
| v. | |
| | INDICTMENT |
| JIANAN XU, | 18 U.S.C. § 1956(h) |
| Defendant. | |
| | FORFEITURE NOTICE |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Title 18, United States Code, Section 1956(h)**
**Conspiracy to Launder Money**

Beginning on an exact date unknown, but at least by April 2023 and continuing until on or about May 8, 2023, in the Southern District of Ohio and elsewhere, the defendant, **JIANAN XU**, did knowingly, intentionally and willfully conspire and agree with others, whose identities are both known and unknown to the Grand Jury, to commit certain offenses under Title 18, United States Code, Sections 1956 and 1957, as follows:

a. to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, to wit: drug trafficking, in violation of Title 21, United States Code, Sections 841 and 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, and while conducting and attempting to conduct such financial transactions, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18,

United States Code, Section 1956(a)(1)(B)(i); and

b. to knowingly engage and attempt to engage in monetary transactions in criminally derived property that was of a value greater than $10,000, such property having been derived from a specified unlawful activity, to wit:  drug trafficking, in violation of Title 21, United States Code, Sections 841 and 846, in violation of Title 18, United States Code, Section 1957(a);

**All in violation of Title 18, United States Code, Section 1956(h).**

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count One of this Indictment, the defendant, **JIANAN XU**, shall forfeit to the United States, pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property, including but not limited to, a sum of money equal to the amount of proceeds the defendant obtained as a result of the offense in the form of a forfeiture money judgment.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

*s/FOREPERSON*
GRAND JURY FOREPERSON

DOMINICK S. GERACE II
United States Attorney
Southern District of Ohio


SHEILA G. LAFFERTY
Assistant United States Attorney